UNITED STATES DISTRICT COURT

For the

EASTERN DISTRICT OF LOUISIANA



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  APR 13 2020

CAROL L. MICHEL
CLERK

| | |
|---|---|
| IN THE MATTER OF MANUEL CHAPA<br>MOTION FOR EXTENTION OF TIME TO<br>SERVE SUMMONS FOR THE CASE OF<br>MANUEL CHAPA V. LOUISIANA STATE et al | Civil Action No. 19-13761 B(1) |

### MOTION FOR EXTENTION OF TIME OF SERVICE OF SUMMONS FOR THE EASTERN DISTRICT OF LOUISIANA

On motion of, Manuel Chapa, Pro Se, petitioner in the above-entitled and numbered action, respectfully request to the Court that:

1.

In early May of 2020, Louisiana State and Local Governments ordered a statewide shut-down order for people to "stay home" due to the Coronavirus (COVID-19) Pandemic, State and Local Government Agencies were ordered to shutdown services rendered to the public. The shut-down included several surrounding parishes, courts, and court servicing agencies in the Eastern District of Louisiana.

2.

The defendants with outstanding summons that remains to be served are as follows: **Walter P. Reed, Thomas Noto, Trooper, Louisiana State, and David M. Dickson** (Whose last name was initially misspelled on the summons as: DIXON).

TENDERED FOR FILING

APR 13 2020

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk



Page 1 of 2

3.

A Motion should be entered for Extension of Time for service of summons on said Defendants in this action.

**GRANTED** and signed the ____ day of _____, 20____.

_____
**JUDGE**

# LAEDdb_Intake_Fax

| | |
|---|---|
| **From:** | NIPTfax@ao.uscourts.gov |
| **Sent:** | Friday, April 10, 2020 4:54 PM |
| **To:** | LAEDdb_Intake_Fax |
| **Subject:** | Fax Received from CSID: 9857812506 - Pages received: 11 |
| **Attachments:** | 9F29ED2E-668B-4F0C-AF31-4AF794701D92-589166-IF.pdf |

```
Pages Received  : 11
Time Received   : Friday, April 10, 2020 at 4:53:59 PM Central Daylight Time
Duration        : 194
Remote CSID     : 9857812506
DID             : 5043108159
```

1

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

TIME RECEIVED: April 10, 2020 at 4:53:59 PM CDT
REMOTE CSID: 9857812506
DURATION: 194
PAGES: 11
STATUS: Received

01/01/2013  00:59  9857812506                 OFFICE DEPOT                          PAGE  01/11

# Office DEPOT. OfficeMax
## complimentary fax cover sheet

number of pages including cover sheet: 11

attention to: U.S. District Court Eastern District of Louisiana     date: 4-10-2020

company: Federal Court     from: Belinda Parker-Brown

phone #: _____     company: L.U.1

fax #: 504-310-8159     senders phone #: 269-369-4751

comments: Motion For Extension

By sending this fax at Office Depot, Inc., the sender agrees not to use this fax to: (I) transmit material whose transmission is unlawful, harassing, libelous, abusive, threatening, harmful, vulgar, obscene, pornographic or otherwise objectionable; (II) create a false identity, or otherwise attempt to mislead others as to the identity of the sender or the origin of this fax; (III) post or transmit any material that may infringe the copyright, trade secret, or other rights of any third party; (IV) violate any federal, state or local law in the location, or (V) conduct activities related to gambling, sweepstakes, raffles, lotteries, contests, ponzi schemes or the like.

Please note that Office Depot, Inc., does not review the contents of any fax sent using its services. The sender of this fax hereby agrees to indemnify Office Depot Inc., to the fullest extent of the law and for any and all claims, suits, or damages arising out or in connection with the request to send, or sending this fax.

| local first page | long distance first page | international first page |
|---|---|---|
|  |  |  |
| $1.89   833071 | $2.49   833081 | $7.99   833191 |

| local additional page | long distance additional page | international add'l page |
|---|---|---|
|  |  |  |
| $1.69   456687 | $2.19   833091 | $3.99   833201 |

INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| April 10, 2020 at 4:53:59 PM CDT | 9857812506 | 194 | 11 | Received |

01/01/2013  00:59    9857812506                      OFFICE DEPOT                                 PAGE  01/11

# Office DEPOT. OfficeMax
## complimentary fax cover sheet

number of pages including cover sheet: 11

attention to: U.S. District Court    date: 4-10-2020
Eastern District of Louisiana

company: Federal Court    from: Belinda Parker-Brown

phone #: _____    company: L.U.I

fax #: 504-310-8159    senders phone #: 269-369-4751

comments: Motion for Extension

By sending this fax at Office Depot, Inc., the sender agrees not to use this fax to: (I) transmit material whose transmission is unlawful, harassing, libelous, abusive, threatening, harmful, vulgar, obscene, pornographic or otherwise objectionable; (II) create a false identity, or otherwise attempt to mislead others as to the identity of the sender or the origin of this fax; (III) post or transmit any material that may infringe the copyright, trade secret, or other rights of any third party; (IV) violate any federal, state or local law in the location, or (V) conduct activities related to gambling, sweepstakes, raffles, lotteries, contests, ponzi schemes or the like.

Please note that Office Depot, Inc., does not review the contents of any fax sent using its services. The sender of this fax hereby agrees to indemnify Office Depot Inc., to the fullest extent of the law and for any and all claims, suits, or damages arising out or in connection with the request to send, or sending this fax.

local first page

$ 1.89    833071

long distance first page

$2.49    833081

international first page

$7.99    833191

local additional page

$ 1.69    456687

long distance additional page

$2.19    833091

international add'l page

$3.99    833201

Rev 6/25/17