UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

 NOTICE OF DEFICIENT FILING 

4/13/20

TO: MANUAL CHAPA
    631 William Street
    Sequin, TX  78155

SUBJECT:   CV19-13761 "B"(1), Chapa v. Louisiana State et al

Your document titled, Motion For Extension Of Time Of Service Of Summons For The Eastern District Of Louisiana, has been received but is deficient as noted below:

_____ 1.  The Clerk's Office is unable to provide you with the information you are requesting.
          **Therefore, your document is being returned to you.**

_____ 2.  The Court is unable to act on the subject matter of your letter except in the context of a formal lawsuit.
          **Therefore, your document is being returned to you.**

_____ 3.  The Clerk's Office is unable to provide legal advice to individuals on how to proceed with a lawsuit.
          **Therefore, your document is being returned to you.**

_____ 4.  The records of this Court do not show that there is any pending case related to you at this time.
          **Therefore, your document is being returned to you.**

_____ 5.  Your document appears intended for a different court.
          **Therefore, your document is being returned to you.**

_____ 6.  You should not correspond directly with the Magistrate Judge or District Judge about your lawsuit. All pleadings and correspondence should be addressed to the Clerk of Court.
          **Therefore, your document is being returned to you. You must adhere to this rule in any future filings.**

_____ 7.  All pleadings and other papers filed must be on 8½" x 11" paper, double spaced, and legibly handwritten or typed. If the document consists of more than two (2) pages, each page of the document must bear a sequential number, beginning with "2" for the second page. Standard font must be used. The Court may refuse to consider text presented in less than standard font, such as small or fine typeface. All margins must be no less on 1". No print or writing may appear in the margins. See Local Rule 10.1.
          **You must adhere to this rule in any future filings.**

_____ 8. The clerk is not required to file any document or render any service for which a fee is legally collectible unless the fee for the service has been paid in advance. The plaintiff has 21 days from the date of this notice to submit $400.00 for the cost of filing a civil complaint. If the plaintiff cannot afford the filing fee, the plaintiff must ask the Court to proceed as a pauper. A form for this purpose is attached.
**Please submit the filing fee or return the completed form within 21 calendar days from the date of this letter.**

   **If you are incarcerated and are applying for pauper status you must submit a certified copy of your trust fund account statement or the institutional equivalent for the 6-month period immediately preceding the filing of the complaint, habeas corpus or notice of appeal obtained from the appropriate official of each prison at which you are or were confined.**

_____ 9. The clerk is not required to file any document or render any service for which a fee is legally collectible unless the fee for the service has been paid in advance. The plaintiff has 21 days from the date of this notice to submit $5.00 for filing a petition for habeas relief and habeas related mandamus. If the plaintiff cannot afford the filing fee, the plaintiff must ask the Court to proceed as a pauper. A form for this purpose is attached.
**Please submit the filing fee or return the completed form within 21 calendar days from the date of this letter.**

_____ 10. A writ of habeas corpus submitted by a person in state custody, a § 1983 prisoner suit, a motion to vacate, and a request for pauper status all should be submitted on an approved form. This form has been enclosed for your convenience.
**Please return the completed form within 21 calendar days from the date of this letter.**

_____ 11. The cost of filing an appeal is $505.00. If you apply for pauper status when bringing an appeal, you must submit an affidavit that includes a statement of all assets you possess and that you are unable to pay the fee. This form has been enclosed for your convenience.
**Please submit the filing fee or return the completed form within 21 calendar days from the date of this letter.**

   **If you are incarcerated and are applying for pauper status you must submit a certified copy of your trust fund account statement or the institutional equivalent for the 6-month period immediately preceding the filing of the complaint, habeas corpus or notice of appeal obtained from the appropriate official of each prison at which you are or were confined.**

X  12.  Every paper filed, after the complaint, must bear the name of this Court, <u>the title</u>, docket number, section, and magistrate judge number.  See Local Rule 10.1.
**Please return the corrected copy within <u>21 calendar days</u> from the date of this letter.**

_____ 13.  A complaint, affidavit or other pleading submitted to the Clerk for filing must bear an original signature.  A copy is not sufficient.  See Local Rule 11.1.
**Please return the completed form within <u>21 calendar days</u> from the date of this letter.**

X  14.  The filer's name, address, and telephone number shall be typed or printed below the signature. See Local Rule 11.1.
**Please return the corrected copy within <u>21 calendar days</u> from the date of this letter.**

X  15.  **The complaint and any other pleading must be signed by the filer personally** unless filer is represented by a member of the bar of this Court.  If the filer is represented, pleadings must be signed and submitted by counsel.  See Local Rule 11.1.
**Please return the corrected copy within <u>21 calendar days</u> from the date of this letter.**

_____ 16.  The names of all parties must be listed on the front of your complaint.  Do not use "ET AL."
**Please return the completed form within <u>21 calendar days</u> from the date of this letter.**

_____ 17.  Every pleading shall bear a certificate by the party who files it that copies have been served on all parties or their counsel of record by hand or by mail.  See Local Rule 5.4.
**You must adhere to this rule in any future filings.**

_____ 18.  Parties filing a motion shall, at the time of filing, notice it for submission.  See Local Rule 7.2.
**Please return the completed form within <u>21 calendar days</u> from the date printed at the top of this letter.**

_____ 19.  Except as noted in Local Rule 7.3, all motions shall be accompanied by a memorandum in support.  See Local Rule 7.4. **Please return the completed form within <u>21 calendar days</u> from the date of this letter.**

_____ 20.  Pleadings may not be supplemented without permission of the Court.  See Local Rule 7.4.
**Please provide the motion for leave to supplement and return the document within <u>21 calendar days</u> of the date of this letter.**

_____21.   Consent or ex parte motions, which need not be noticed for submission, shall be accompanied by a proposed order.  See Local Rule 7.3.
**Please provide the proposed order and return the document within 21 calendar days of the date of this letter.**

_____22.   Once an answer has been filed, a complaint may not be amended or supplemented without permission of the Court. See Local Rule 7.6.
**Please provide the motion for leave to amend or supplement the complaint and return the document within 21 calendar days of the date of this letter.**

_____23.   Discovery requests and responses thereto must not be filed until they are used in a proceeding before the Court or until the Court grants an order allowing the filing of the document.  Federal Rule of Civil Procedure 5(d).
**Therefore, your document is being returned to you.**

_____24.   28 U.S.C. § 1654 precludes a corporation from appearing through a lay person.  A corporation must be represented by an attorney qualified to practice before this Court.
**Therefore, your document is being returned to you.**

_____25.   The record of this matter reflects you are represented by counsel.  All pleadings regarding this case must be filed through your counsel of record. All future inquires and correspondence regarding this case should be directed to your attorney of record.
**You must adhere to this rule in any future filings.**

_____26.   The Clerk's office is unable to provide you with free copies without an order of the Court.  Copies are available at the cost of 50 cents per page.  The copies which you requested consist of Click here to enter text. pages, therefore, the cost of the copies you requested is Click here to enter text..
**You must remit payment before copies can be provided.**

_____27.   This office is unable to provide transcripts to individuals free of cost unless so ordered by the Court.  You may contact the court reporter at the address listed below to make the necessary financial arrangements.



__X__28.   OTHER:  All pleadings submitted to this court must be in proper format. For your reference a SAMPLE ONLY pleading sheet has been enclosed.

If you have been instructed to provide additional information, please act immediately, and provide the required documents within the time frame indicated above; otherwise, a judicial officer will be notified of your failure to comply.

CAROL L. MICHEL<br>
CLERK OF COURT<br>
<br>
By: _____<br>
Deputy Clerk

Respond to:
Clerk, U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Rev. 1/3/2020



**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| YOUR NAME,<br>Plaintiff | CIVIL ACTION |
| -vs- | No. |
| DEFENDANT(S) NAME(S),<br>Defendant(s) | Section " " Mag " " |

**TITLE OF DOCUMENT**

**(TEXT OF YOUR DOCUMENT)**


Dated:___/___/___

                                             _____
                                             (YOUR SIGNATURE IN **INK**)
                                             Your Name Typed or Printed
                                             Street Address
                                             City, State, Zip code
                                             Telephone Number


Certificate of Service

I hereby certify that I have served a copy of this document on all counsel fo record either in person or by mailing it postage prepaid on this

_____day of _____, 20_____


_____
         Signature

**SAMPLE ONLY**

01/01/2013 00:59   9857812506                OFFICE DEPOT                          PAGE 02/11



# RETURN

## UNITED STATES DISTRICT COURT

### For the

### EASTERN DISTRICT OF LOUISIANA



IN THE MATTER OF MANUEL CHAPA          :
MOTION FOR EXTENTION OF TIME TO        :        Civil Action No. 19-13761 B(1)
SERVE SUMMONS FOR THE CASE OF          :
MANUEL CHAPA V. LOUISIANA STATE et al  :

### MOTION FOR EXTENTION OF TIME OF SERVICE OF SUMMONS FOR THE EASTERN DISTRICT OF LOUISIANA

On motion of, Manuel Chapa, Pro Se, petitioner in the above-entitled and numbered action, respectfully request to the Court that:

1.

In early May of 2020, Louisiana State and Local Governments ordered a statewide shut-down order for people to "stay home" due to the Coronavirus (COVID-19) Pandemic, State and Local Government Agencies were ordered to shutdown services rendered to the public. The shut-down included several surrounding parishes, courts, and court servicing agencies in the Eastern District of Louisiana.

2.

The defendants with outstanding summons that remains to be served are as follows:

**Walter P. Reed, Thomas Noto, Trooper, Louisiana State, and David M. Dickson** (Whose last name was initially misspelled on the summons as: DIXON).

