UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## O R D E R

Upon review of the record, the following cases set for Call Docket on April 10, 2020, were ruled on as follows:

19-13322  JOSEPH EVERHARDT VS. SILAS SHAW, ET AL
(As to Silas Shaw)
**ORDERED** that the Call Docket is SATISFIED.  The Court granted plaintiff's motion to dismiss Silas Shaw without prejudice, R. Doc. 7.  This matter will be placed on the Trial Docket.

19-13534  KATHERINE J. MOSSY, ET AL VS. MEDTRONIC MINIMED, INC., ET AL
(As to Medtronic Minimed, Inc., Minimed Distribution Corp., Medtronic Inc., Animas Corporation, Animas LLC and Animas Diabetes Care, LLC)
**ORDERED** that the Call Docket is SATISFIED.  An Answer has been filed as to Animas LLC., R. Doc. 16.  A Stipulation of Dismissal has been filed as to Animas Corporation, Animas Diabetes Care, LLC, Medtronic Minimed, Inc., Minimed Distribution Corporation, and Medtronic, Inc., R. Doc. 17.
This matter will be placed on the Trial Docket.

19-13761  MANUEL CHAPA VS. STATE OF LOUISIANA, ET AL
(As to State of Louisiana, St. Tammany Parish, Walter P. Reed, Judge Scott Gardner, Judge William J. Knight, Trooper Thomas Noto, Deputy Gary Nunez, Attorney David M. Dixon)
**ORDERED** that the Call Docket is SATISFIED as to St. Tammany Parish, Judge Scott Gardner, Judge William J. Knight and Deputy Gary Nunez, Returns of Service have been filed, R. Doc. 6.
Considering that the plaintiff filed a **Deficient** Motion for Extension of Time of Service of Summons, **IT IS FURTHER ORDERED** that the plaintiff cure the deficiency as set forth in the Notice of Deficient Filing, R. Doc. 8.  The Call Docket is passed until May 4, 2020, as to defendants State of Louisiana, Walter P. Reed, Trooper Thomas Noto and Attorney David M. Dixon.

| | |
|---|---|
| 19-14638 | BETTY ORGERON, ET AL VS. LIBERTY MUTUAL INSURANCE COMPANY |

(As to Liberty Mutual Insurance Company, First Liberty Insurance Corporation, Southern Farm Bureau Casualty Insurance Company, Mary R. Copeland and Discovery Acquisition Services LLC)
After due notice to counsel for the plaintiffs to file into the record returns of service of process as to all defendants, and no returns having been filed, **IT IS ORDERED** that the case is hereby DISMISSED without prejudice for plaintiffs' failure to prosecute.

| | |
|---|---|
| 19-14641 | DAVID HENDERSON, ET AL VS. JAYCO, INC., OF INDIANA |

(As to Bank of the West)
**ORDERED** that the Call Docket is SATISFIED.   Waiver of Service returned executed as to Bank of the West filed into the record - response due May 18, 2020, R. Doc. 10.

| | |
|---|---|
| 19-14646 | TROY GRIFFIN VS. WALMART HEADQUARTER, ET AL |

(as to Walmart Headquarter and Walmart Facility 961)
After due notice to counsel for the plaintiff to file into the record returns of service of process, and no returns having been filed, **IT IS ORDERED** that defendants Walmart Headquarter and Walmart Facility 961 are hereby DISMISSED without prejudice for plaintiff's failure to prosecute. This matter will be placed on the trial docket.

New Orleans, Louisiana this 13th day of April 2020.

SENIOR UNITED STATES DISTRICT JUDGE