**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MANUEL CHAPA** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-13761** |
| **STATE OF LOUISIANA, ET AL.** | **SECTION "B" (1)** |

<u>**ORDER**</u>

Considering defendant Judge William Knight's motion for extension of time to file responsive pleadings (Rec. Doc. 12),

**IT IS ORDERED** that the motion is **GRANTED**. Defendant Judge William Knight shall file and serve responsive pleadings to plaintiff's complaint no later than <u>**May 13, 2020**</u>.

New Orleans, Louisiana this 7th day of May, 2020.

_____
SENIOR UNITED STATES DISTRICT JUDGE