**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

**MANUEL CHAPA**                                                                  **CIVIL ACTION**

**VERSUS**                                                                            **NO. 19-13761**

**STATE OF LOUISIANA, ET AL.**                                       **SECTION "B" (1)**

<u>**ORDERS & REASONS**</u>

Defendants Judge William J. Knight and St. Tammany Parish Government have each filed a motion to dismiss (Rec. Docs. 16, 17) to which plaintiff Manuel Chapa has yet to file a response.

Local Rule 7.5 of the Eastern District of Louisiana requires that memoranda in opposition with citations of authorities be filed **and** served no later than eight (8) days before the noticed submission date. No memoranda in opposition to the subject motions, that were set for submission on **June 10, 2020,** have been submitted. Further, plaintiff has not filed a motion to continue either of the noticed submission dates or filed a motion for extension of time within which to oppose either motion. Accordingly, the motions are both deemed to be unopposed. Each defendant's motion to dismiss has merit. Therefore,

**IT IS ORDERED** that defendant Judge William J. Knight's motion to dismiss pursuant to FRCP 12(b)(1)(&)(6) (Rec. Doc. 16) is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that defendant St. Tammany Parish Government's motion to dismiss pursuant to FRCP 12(b)(5)&(6) (Rec. Doc. 17) is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that plaintiffs' claims against both defendants Judge William J. Knight and St. Tammany Parish Government are hereby **DISMISSED**;

**IT IS FURTHER ORDERED** that any motion for reconsideration of this Order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty (30) days of this Order. The motion must be accompanied by opposition memoranda to the original motions.

Because such a motion would not have been necessary had timely opposition memoranda been filed, the costs incurred in connection with the motion, including attorney's fees, may be assessed against the party moving for reconsideration. *See* Fed. R. Civ. P. 16, 83. A statement of costs conforming to Local Rule 54.3 should be submitted by all parties desiring to be awarded costs and attorney's fees no later than eight (8) days prior to the noticed submission date of the motion for reconsideration.

New Orleans, Louisiana this 13th day of July, 2020.

_____
SENIOR UNITED STATES DISTRICT JUDGE